IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-01883-PAB-KLM

SEA-ALIS, LLC, and
SCOTT HAND,

     Plaintiffs,

v.

PORTER, INC., an Indiana Corporation,
GRANDER, INC., d/b/a/ CROW'S NEST YACHTS, a California Corporation,
VOLVO OF THE AMERICAS, INC., a Delaware Corporation, and
RAYMARINE, INC., a Delaware Corporation,

     Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on the "Stipulated Motion to Dismiss With Prejudice" [Docket No. 80] filed by plaintiffs Sea-Alis, LLC and Scott Hand and defendant Raymarine, Inc.  The parties request "an Order dismissing all of Plaintiff's claims against Raymarine, Inc. with prejudice."  The stipulation, however, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added).  Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Therefore, plaintiff's claims against Raymarine, Inc. were dismissed with prejudice as of the entry of the parties' stipulated motion to dismiss with prejudice.  No Court order is necessary.

     DATED August 16, 2010.