IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01883-PAB-KLM

SEA-ALIS, LLC, and
SCOTT HAND,

    Plaintiff,

v.

PORTER, INC., an Indiana corporation,
R&R YACHT SALES, INC., d/b/a SUNDANCE MARINE, a California corporation,
GRANDER, INC., d/b/a CROW'S NEST YACHTS, a California corporation,
VOLVO OF THE AMERICAS, a Delaware corporation, and
RAYMARINE, INC., a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 91; Filed November 15, 2010] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on October 7, 2009 [Docket No. 33] and amended on May 6, 2010, May 24, 2010 and August 2, 2010 [Docket Nos. 61, 66 & 74], is further modified as follows:

- Discovery Deadline     **January 31, 2011**
- Dispositive Motions Deadline     **March 2, 2011**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 14, 2010 at 10:00 a.m. is **vacated** and **RESET** to **March 28, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than March 21, 2011**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  November 16, 2010