IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01883-PAB-KLM

SEA-ALIS, LLC, and
SCOTT HAND,

    Plaintiff,

v.

PORTER, INC., an Indiana corporation,
GRANDER, INC., d/b/a CROW'S NEST YACHTS, a California corporation, and
VOLVO OF THE AMERICAS, a Delaware corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 98; Filed February 1, 2011] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on October 7, 2009 [Docket No. 33] and amended on May 6, 2010, May 24, 2010, August 2, 2010 and November 16, 2010 [Docket Nos. 61, 66, 74 & 93], is further modified to extend the Discovery Deadline to **February 28, 2011**.

Dated: February 1, 2011