IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01883-PAB-KLM

SEA-ALIS, LLC and
SCOTT HAND,

    Plaintiffs,

v.

PORTER, INC., an Indiana Corporation,
GRANDER, INC., d/b/a/ CROW'S NEST YACHTS, a California Corporation, and
VOLVO OF THE AMERICAS, INC., a Delaware Corporation,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PORTER, INC.
_____

    This matter comes before the Court upon the Stipulated Motion to Dismiss With Prejudice filed by plaintiffs Sea-Alis, LLC and Scott Hand and defendant Porter, Inc. [Docket No. 120]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Stipulated Motion to Dismiss With Prejudice [Docket No. 120] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Porter, Inc. only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    ORDERED that Porter, Inc.'s pending motions [Docket Nos. 108 and 109] are denied as moot.

DATED April 1, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge